UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| REBECCA HOLLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 2:24-cv-00332-LEW |
| ELEVANCE HEALTH INC., | ) ) ) |
| Defendant, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order on Motion to Dismiss entered by Chief U.S. District Judge Lance E. Walker on April 9, 2025,

JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Charity Pelletier
Deputy Clerk

Dated: April 9, 2025